*E-Filed 03/24/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAROL DAVENPORT,<br><br>    Plaintiff,<br>  v.<br><br>LITTON LOAN SERVICING, LP, a Delaware Corporation; WILMINGTON FINANCE, a business entity, form unknown; CREDIT-BASED ASSET SERVICING AND SECURITIZATION, LLC, a Delaware Corporation; COMMONWEALTH LAND TITLE COMPANY, a business entity, form unknown; U.S. BANK, NORTH AMERICA, a subsidiary of U.S. BANCORP; FIRST FINANCIAL & REAL ESTATE SERVICES, a California Corporation; and all persons unknown, claiming any legal or equitable right, title, estate, lien, or any interest in the property described in this complaint adverse to Plaintiff's title thereto; and DOES 1 through 100, inclusive,<br><br>    Defendants.<br>_____/ | No. C 10-00679 RS<br><br>**ORDER DENYING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO EXCEED PAGE LIMIT** |

Defendants Litton Loan Servicing, LP; Credit-Based Asset Servicing and Securitization, LLC; and U.S. Bank, N.A., removed this case from Contra Costa County Superior Court on

February 17, 2010.  On February 22, 2010, they filed an administrative motion for leave to file a motion to dismiss which would exceed Civil Local Rule 7-2(b)'s 25-page limit by five pages. Plaintiff has not opposed the administrative motion.  *See* Civil Local Rule 7-11(b) (setting a four day deadline for oppositions to administrative motions).

On February 26, 2010, before the Court had ruled on the administrative motion, defendants filed a 25 page motion to dismiss.  It is, therefore, presumed that their pending motion to exceed the page limit is now moot.  That motion is accordingly denied.

IT IS SO ORDERED.

Dated: 03/24/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-00679 RS
ORDER

2