*E-Filed 10/14/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

KAROL DAVENPORT,

        Plaintiff,

v.

LITTON LOAN SERVICING, LP, et al.,

        Defendants.
_____/

No. C 10-0679 RS

**ORDER RE: PLAINTIFF'S REQUEST FOR REFERRAL TO THE FEDERAL PRO BONO PROJECT**

      Plaintiff Karol Davenport has submitted a request for referral to the Federal Pro Bono Project of the United States District Court, Northern District of California. In order to determine whether plaintiff's case is appropriate for referral, there are several items of information that Davenport should submit as soon as possible. According to the Project's Guidelines, litigants should meet the following criteria: (1) they must be *in propia persona* (that is, proceeding without counsel); (2) the litigant must not have the financial resources to retain counsel; (3) the litigant must have used reasonable (but unsuccessful) efforts to retain private counsel including, but not limited to, attempting to locate counsel through a California State Bar-approved lawyer referral service; and (4) the Court must determine the case is one which warrants pro bono referral service. Plaintiff has already represented that she no longer has retained counsel and has therefore met the first requirement. She should submit evidence in writing detailing whether or not she satisfies the

1  second and third criteria.  Based on this information and its familiarity with the case, the Court can
2  then determine whether to refer plaintiff's case to the Project.  Should any questions arise as to the
3  meaning of this Order or the Project's Guidelines, plaintiff may wish to make an appointment with
4  the District Court's Pro Se Help Desk, available at 415/782-9000 x8657.

       IT IS SO ORDERED.

Dated:  10/13/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-0679 RS
ORDER

2