*E-Filed 11/29/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAROL DAVENPORT, | No. C 10-0679 RS |
| Plaintiff, | **ORDER APPOINTING COUNSEL** |
| v. | |
| LITTON LOAN SERVICING, LP, et al., | |
| Defendants. | |

Because the plaintiff, Karol Davenport, has requested and is in need of counsel to assist in this matter and a voluntary attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Jordanna Thigpen is hereby appointed as counsel for Karol Davenport in this matter.

Pursuant to the Guidelines for the Federal Pro Bono Project, this matter is stayed for four weeks from the date of this Order. Accordingly, plaintiff has until **January 20, 2011** to file an amended complaint.

IT IS SO ORDERED.

Dated: 11/29/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-0679 RS
ORDER APPOINTING COUNSEL

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

**Karol Davenport**
1400 Apple Drive
Concord, CA 94518

**Jordanna Thigpen, Esq.**
Cotchett, Pitre & McCarthy
840 Malcolm Road, Suite 200
Burlingame, CA 94010

DATED: 11/29/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg