**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAROL DAVENPORT, | No. C 10-00679 RS |
|      Plaintiff, | **ORDER** |
|   v. | |
| FIRST FINANCIAL AND REAL ESTATE SERVICES, et al., | |
|     Defendants. | |
| _____/ | |

Pursuant to Title 28, U.S.C. Section 636(c) and Civil Local Rule 73-1(b), the parties have submitted written consent to the jurisdiction of a magistrate judge.  Accordingly, all hearings and deadlines currently scheduled before this Court are vacated and the case is referred for reassignment to a randomly selected magistrate judge for all further proceedings.

IT IS SO ORDERED.

Dated: 10/25/2012

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE