UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROL DAVENPORT,<br><br>                Plaintiff,<br><br>   vs.<br><br>FIRST FINANCIAL AND REAL ESTATE SERVICES, INC.; and DOES 1 TO 10,<br><br>                Defendants. | Case No.: 3:10-cv-00679-PLX<br><br>[~~PROPOSED~~] ORDER APPROVING SETTLEMENT AND REQUEST FOR ENTRY OF ORDER OF DISMISSAL AGAINST ALL PARTIES<br>]F.R.C.P. Section 41(a)(2)] |

[~~PROPOSED~~] ORDER

1  IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure Section 41, this
2  action is dismissed with prejudice.
3
4  Dated: Hgdtwct{'7."4235
   _____
5  MAGISTRATE JUDGE NANDOR J. VADAS