UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAROL DAVENPORT,<br><br>            Plaintiff,<br><br>     vs.<br><br>FIRST FINANCIAL AND REAL ESTATE SERVICES, INC.; and DOES 1 TO 10,<br><br>            Defendants. | Case No.:   3:10-cv-00679-PJX<br><br>**[PROPOSED]** ORDER APPROVING SETTLEMENT AND REQUEST FOR ENTRY OF ORDER OF DISMISSAL AGAINST ALL PARTIES<br>]F.R.C.P. Section 41(a)(2)] |

**[PROPOSED]** ORDER

1    IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil Procedure Section 41, this
2   action is dismissed with prejudice.
3
4   Dated: Hgdtwct{"7."4235                    _____
5                                              MAGISTRATE JUDGE NANDOR J. VADAS
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 1 -
[~~PROPOSED~~] ORDER